UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-02625-Sanchez

UNITED STATES OF AMERICA

v.

DANIEL JAMES HALLORAN,

      Defendant.
_____/

FILED BY ____OG____ D.C.

Mar 31, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

      Respectfully submitted,

      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY

By:    */s/ Anthony Espino Reynolds*_____
      Anthony Espino Reynolds
      Assistant United States Attorney
      Florida Bar No. 118876
      United States Attorney's Office
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone (305) 961-9389
      Facsimile (305) 530-7976
      Anthony.Reynolds@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DANIEL JAMES HALLORAN, | ) Case No. 25-mj-02625-Sanchez |
| Defendant. | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 29, 2025__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |
| 18 U.S.C. § 2252(a)(1) and (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenny Silva, Special Agent, HSI
Printed name and title
(No. S05453)

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __March 31, 2025__

_____
Judge's signature

City and state: __Miami, Florida__   Honorable Eduardo I. Sanchez, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenny Silva, having been first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since 2005. I am currently assigned to the Child Exploitation Group at the HSI Miami Field Office and have served in this position since October 2023. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

2. I have participated in investigations involving people who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training on the topic of child pornography and child exploitation, and, during the course of my duties, I have observed and reviewed examples of child pornography. I have also reviewed examples of materials relating to the sexual exploitation of children in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

3. I submit this affidavit for the limited purpose of establishing probable cause that DANIEL JAMES HALLORAN ("HALLORAN"), on or about March 29, 2025, in the Southern District of Florida, violated Title 18, United States Code, Section 2252(a)(4)(B), Possession of Child Pornography, and Title 18, United States Code, Section 2252(a)(1), Transportation of Child Pornography. The statements contained in this affidavit are based upon my personal knowledge, as well as on information provided to me by other law enforcement officers. This affidavit does

not include every fact and circumstance known to me, but only facts and circumstances that I believe are sufficient to establish probable cause.

## PROBABLE CAUSE

4. On or about March 29, 2025, HALLORAN entered the United States at Miami International Airport ("MIA") via American Airlines flight 1488 from Camaguey, Cuba, on his way home to New York.

5. Upon arriving at MIA, a U.S. Customs and Border Protection ("CBP") officer referred HALLORAN for secondary inspection. At secondary inspection, CBP officers inspected HALLORAN's personal property, including an Apple iPhone 14 Pro Max mobile phone and an Apple iPad 6th Generation tablet. HALLORAN told officers that he owned the devices and provided the passcode to unlock them.

6. A CBP officer conducted a manual inspection of HALLORAN's Apple iPhone and discovered several videos of suspected child pornography located in the hidden folder album of the phone's photos application, which was accessed using the passcode provided by HALLORAN. Your affiant previewed some of the video files located in the hidden folder and observed at least 35 videos depicting child pornography to include the following:

   a. An approximately 3-minute 25-second video depicting a prepubescent female disrobing and masturbating with exposed genitalia, dated on or about March 19, 2025;

   b. An approximately 5-minute video depicting a partially nude prepubescent female performing oral sex on an unknown adult male, dated on or about March 16, 2025;

   c. An approximately 1-minute and 25-second video depicting an unknown adult male rubbing his penis on the exposed genitalia of a nude prepubescent female, dated

on or about March 11, 2025;

    d.    An approximately 47-second video depicting an unknown adult male penetrating the vagina of a nude prepubescent female with his penis, dated on or about February 27, 2025; and

    e.    An approximately 51-second video depicting a nude prepubescent female masturbating with exposed genitalia while performing oral sex on an unknown adult male, dated on or about January 21, 2025.

7.    A CBP officer also discovered on HALLORAN's Apple iPhone a text conversation on Telegram, a messaging application, that indicated HALLORAN had purchased child pornography. Your affiant observed a Telegram text exchange that occurred on or about November 27, 2024, in which HALLORAN was offered child pornography to purchase in the form of a $50.00 regular package, $100.00 premium package, $200.00 VIP package, and a $500.00 special package. HALLORAN wrote back and asked, "What's the delivery platform" and "What are the differences between reg, premium, VIP?"

8.    Law enforcement advised HALLORAN of his *Miranda* rights. HALLORAN stated that he understood his rights. HALLORAN elected to waive his rights and agreed to speak with law enforcement. The interview was audio recorded. In the recorded interview, HALLORAN made several statements, including that the Apple iPhone belonged to him, and that he knowingly had child pornography videos stored on his mobile phone. When asked how many of the videos in the hidden folder photo album on his phone depicted child pornography, HALLORAN told officers that approximately two-thirds to three-quarters of the videos depicted child pornography. There are a total of approximately 1,362 videos stored in the hidden folder photo album of HALLORAN's Apple iPhone.

## CONCLUSION

9. Based on my training and experience, as further supported by the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that on or about March 29, 2025, in the Southern District of Florida, HALLORAN did knowingly violate Title 18, United States Code, Section 2252(a)(4)(B), Possession of Child Pornography, and Title 18, United states Code, Section 2252(a)(1), Transportation of Child Pornography.

**FURTHER AFFIANT SAYETH NAUGHT**.

_____
KENNY SILVA
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS


Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this __31st__ day of March, 2025.

_____
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

4